LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. Sunny Jeong, Esq.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | CASE NO.: 2:16-cv-00345-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**<br><br>**(First Request)** |

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE ("TRAVATA AND MONTAGE") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

/ / /

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant TRAVATA AND MONTAGE to Respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **April 4, 2016**. TRAVATA AND MONTAGE's Response was originally due on March 11, 2016.

As counsel has just been retained in this matter, the parties have entered into the agreement in good faith and not for purposes of delay.

Defendant confirms it will participate in the Rule 26(f) conference, even if it has yet to make an appearance. This is the parties' way of accommodating each other given the circumstances.

DATED this __11th__ day March, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ H. Sunny Jeong*
_____
Joseph P. Garin, Esq. (Bar No. 6653)
J. William Ebert, Esq. (Bar No. 2697)
H. Sunny Jeong, Esq. (Bar No. 12981)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Travata and Montage at Summerlin Centre*

AKERMAN, LLP

By: */s/ Donna M. Wittig*
_____
Ariel E. Stern, Esq. (Bar No. 8276)
Donna M. Wittig, Esq. (Bar No. 11015)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America, N.A.*

### ORDER

IT IS SO ORDERED.

DATED this __14th__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE