DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
          allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                          Plaintiff,<br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                          Defendants, | Case No.: 2:16-cv-00345-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP TO OPPOSE DEFENDANT TRAVATA AND MONTAGE AT SUMMERLIN CENTRE'S MOTION TO DISMISS**<br><br>**(Second Request)** |
| NV EAGLES, LLC,<br><br>                          Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                          Counterdefendant, | |
| NV EAGLES, LLC,<br><br>                          Third-Party Plaintiff,<br>vs.<br><br>ANTHONY HOLDREN and KRISTINE A. HOLDREN,<br><br>                          Third-Party Defendants, | |

{38186002;1}

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Travata and Montage at Summerlin Centre (**HOA**) and hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to HOA's motion to dismiss (Dkt #18; filed on April 4, 2016) shall be continued from May 9, 2016 until May 31, 2016.  BANA requests the additional time to afford it the opportunity to adequately respond to HOA's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases.  The parties submit this request in good faith without the purpose of undue delay.

DATED this 6th day of May, 2016

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Tenesa Scaturro, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No. 10743 <br> TENESA SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> AKERMAN LLP <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br> *Attorneys for Plaintiff* | */s/ H. Sunny Jeong, Esq.* <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 6653 <br> J. WILLIAM EBERT, ESQ <br> Nevada Bar No. 2697 <br> MEGAN H. HUMMEL, ESQ. <br> Nevada Bar No. 12404 <br> H. SUNNY JEONG, ESQ. <br> Nevada Bar No. 12981 <br> 9900 Covington Cross Drive, Suite 120 <br> Telephone: (702) 382-1500 <br> Facsimile: (702) 382-1512 <br> *Attorneys for Defendant Travata and Montage at Summerlin Centre* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2016

{38186002;1}

2