DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
       brett.combs@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                    Plaintiff,<br>vs.<br><br>TRAVATA AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants, | Case No.: 2:16 cv 345-JCM-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| NV EAGLES, LLC,<br><br>                    Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                    Counterdefendant, | |
| NV EAGLES, LLC,<br><br>                    Third-Party Plaintiff,<br>vs.<br><br>ANTHONY HOLDREN and KRISTINE A. HOLDREN,<br><br>                    Third-Party Defendants, | |

Bank of America, N.A. (**BANA**) hereby provides notice Allison R. Schmidt, Esq., is no

{40600168;1}

longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and BRETT M. COOMBS, ESQ. receive all future notices.

    Respectfully submitted, this 8th day of February, 2017.

**AKERMAN LLP**

/s/ *Brett M. Coombs, Esq.*
DARRENT T. BRENNER , ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS ESQ.
Nevada Bar No.12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 9, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40600168;1}

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| **David A Markman**<br>**Hyungseon S. Jeong**<br>**Joseph P Garin**<br>Lipson Neilson Cole Seltzer Garin<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144 | **John Henry Wright**<br>The Wright Law Group, P.C.<br>2340 Paseo Del Prado<br>Suite D-305<br>Las Vegas, NV 89102 |
| **Christopher V. Yergensen**<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 | |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40600168;1}    2