JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, PC.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
john@wrightlawgroupnv.com
Attorneys for NV EAGLES, LLC

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,

Plaintiff,

vs.

TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; and NEVADA ASSOCIATION SERVICES, INC.,

Defendants,

---

NV EAGLES, LLC,

Counterclaimant,

vs.

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,

Counterdefendant,

---

NV EAGLES, LLC,

Third-Party Plaintiff,

vs.

ANTHONY HOLDREN and KRISTINE A. HOLDREN

Third-Party Defendants.

CASE NO. 2:16-cv-00345-JCM-GWF

**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR NV EAGLES, LLC TO FILE ITS OPPOSITION TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT (ECF #36)**

**FIRST REQUEST**

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR NV EAGLES, LLC TO FILE ITS OPPOSITION TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT (ECF #36) (FIRST REQUEST)**

Defendant/Counterclaimant NV EAGLES, LLC, ("EAGLES") by and through its attorney, JOHN HENRY WRIGHT, ESQ., of THE WRIGHT LAW GROUP, P.C., and Plaintiff BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, by and through its attorney, DARREN T. BRENNER, ESQ. of AKERMAN, LP hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadline for NV EAGLES, LLC to file its Opposition to Bank of America, N.A.'s Motion for Summary Judgment (ECF #36) filed on January 17, 2017 be and is extended from February 7, 2017 to February 9, 2017 to allow additional time to file the Opposition.

**DATED** the 8th day of February, 2017.

THE WRIGHT LAW GROUP, P.C.

/s/ John Henry Wright
OHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Attorneys for NV EAGLES, LLC.

AKERMAN, LLP

/s/ Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Attorneys for BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: February 10, 2017