DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
       jason.zummo@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants, | Case No.: 2:16-cv-00345-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT NV EAGLES LLC TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |
| NV EAGLES, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant, | |

{40981163;1}1

| | |
|---|---|
| NV EAGLES, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| ANTHONY HOLDREN and KRISTINE A. HOLDREN, | |
| Third-Party Defendants, | |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Travata and Montage at Summerlin Centre (**Travata**) and NV Eagles, LLC (**NV Eagles**) (collectively, the **Parties**) hereby stipulate and agree as follows:

1. On January 17, 2017, BANA filed its motion for summary judgment. ECF No. 36. NV Eagles and Travata filed their motions for summary judgment on the same date. ECF Nos. 35, 37. On February 7, 2017, Travata filed its opposition to BANA's motion for summary judgment and NV Eagles' opposition was filed on February 8, 2017. ECF Nos. 42, 46. BANA filed its oppositions to NV Eagles and Travata's motions for summary judgment on February 7, 2017. ECF Nos. 40, 41.

2. The Parties filed their First Stipulation for Extension of Time on February 17, 2017 and subsequent corrected images which was approved by the court on February 24, 2017. ECF Nos. 53-58. The extension to file a reply applied to both BANA and Travata.

3. Counsel for BANA needs additional time to reply to the arguments raised in Travata's and NV Eagles' responses, in light of the developing case law and recent decisions issued by the Ninth Circuit Court of Appeals and Nevada Supreme Court, which affect this case and others like it. The additional time will allow BANA to properly address the issues raised.

4. Counsel for NV Eagles needs additional time to reply to the arguments raised in BANA's response.

5. Presently BANA's replies are currently due on March 3, 2017. Pursuant to the agreement of the parties, BANA shall have an extension of time until March 17, 2017, in which to file its replies in support of its motion for summary judgment in response to Travata's and NV Eagles' oppositions.

///

6. Presently NV Eagles' reply was due on February 21, 2017. Pursuant to the agreement of the parties, NV Eagles shall have an extension of time until March 17, 2017, in which to file its reply.

7. This stipulation is made in good faith and not for purpose of delay.

DATED this 28th day of February, 2017.

| **LIPSON, NEILSON, COLE, SELTZER & GARIN** | **AKERMAN LLP** |
|---|---|
| /s/ *David A. Markman, Esq.* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> DAVID A. MARKMAN <br> Nevada Bar No. 12440 <br> Lipson, Neilson, Cole, Seltzer & Garin, P.C. <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Travata and Montage at Summerlin Centre* | /s/ *Jason J. Zummo, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JASON J. ZUMMO, ESQ. <br> Nevada Bar No.13995 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Telephone:   (702) 634-5000 <br><br> *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* |
| **THE WRIGHT LAW GROUP, PC** <br><br> /s/ *John Henry Wright, Esq.* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> The Wright Law Group, PC <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, Nevada 89102 <br><br> *Attorney for Defendants Underwood Partners, LLC and NV Eagles, LLC* | |

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

March 1, 2017
_____
DATED

{40981163;1}3