LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ. (Nevada Bar No. 2697)
DAVID A. MARKMAN, Esq. (Nevada Bar No. 12440)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | CASE NO.: 2:16-cv-00345-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TRAVATA AND MONTAGE AT SUMMERLIN CENTRE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |
| NV EAGLES, LLS,<br><br>Counterclaimant,<br><br>BANK OF AMERICA, N.A. SUCCESSORY BY MERGGER TO BAC HOME LOANS SERVCING, LP FKA COUNTRWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant, | |
| NV EAGLES, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ANTHONY HOLDREN and KRISTINE A. HOLDREN,<br><br>Third-Party Defendants. | |

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE ("TRAVATA AND MONTAGE") and Plaintiff BANK OF AMERICA, N.A., ("BANA") by and through their respective counsel hereby agree and stipulate as follows:

On January 17, 2017, Travata and Montage filed its motion for summary judgment. ECF No. 37. On February 7, 2017, BANA filed its opposition to Travata & Montage's motion for summary judgment. ECF No. 41.

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant TRAVATA AND MONTAGE to file its Reply in support of its Motion for Summary Judgment shall be extended to **March 17, 2017**. This is Travata and Montage's second request for an extension [See Dkt. 58]. Travata and Montage's Reply to its Motion for Summary Judgment is currently due on March 3, 2017.

Counsel for Travata and Montage needs additional time to reply to the arguments raised in BANA's response, in light of developing case law and recent decisions issued by the Ninth Circuit Court of Appeals and Nevada Supreme Court, which affect this case and others like it. The additional time will allow Travata and Montage to properly address the issues raised.

This stipulation is made in good faith and not for purpose of delay.

DATED this 3rd day March, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN, LLP |
|---|---|
| */s/ David A. Markman*<br>By:_____<br>J. William Ebert, Esq. (Bar No. 2697)<br>David A. Markman, Esq. (Bar No. 12440)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500 – Phone<br><br>*Attorneys for Travata and Montage at Summerlin Centre* | */s/ Jason J. Zummo*<br>By:_____<br>Darren T. Brenner Esq. (Bar No. 8386)<br>Jason J. Zummo, Esq. (Bar No. 13995)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>(702) 634-5000 – Phone<br><br>*Attorneys for Bank of America, N.A.* |

*Bank of America, N.A. v. Travata and Montage at Summerlin Centre et al.*
**CASE NO.: 2:16-cv-00345-JCM-GWF**
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TRAVATA AND MONTAGE AT SUMMERLIN CENTRE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)

### ORDER

IT IS SO ORDERED.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500   FAX: (702) 382-1512