LIPSON, NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE; UNDERWOOD PARTNERS, LLC; NV EAGLES LLC; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | CASE NO.: 2:16-cv-00345-JCM-GWF<br><br>**MOTION TO REMOVE ATTORNEY DAVID MARKMAN FROM ELECTRONIC SERVICE LIST** |

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE ("Travata"), by and through its counsel of record LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman is no longer with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C. continues to serve as counsel for Travata in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman from the electronic service list in this action.

All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Julie A. Funai, Esq.

DATED this 1st day of August, 2018.

LIPSON NEILSON, P.C.

By: /s/ Julie A. Funai
_____
J. William Ebert, Esq.
Nevada Bar No. 2697
Julie A. Funai, Esq.
Nevada Bar No. 8725
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com
*Attorneys for Travata and Montage at Summerlin Centre*

## COURT APPROVAL

**IT IS SO ORDERED.**

**DATED:** August 2, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**